UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61366-BLOOM/Valle

COREY SENAT, *et al.*,

    Plaintiffs,

v.

MIAMI AUTO MAX, INC., *et al.*,

    Defendants.
    _____/

**AMENDED ORDER SETTING MOTION HEARING[1]**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On July 13, 2021, Defendant Miami Auto Max ("Defendant") filed an Amended Motion for Sanctions Against Plaintiffs and Joshua Feygin, ECF No. [9] ("Motion for Sanctions"). Defendant also filed a Motion to Dismiss, ECF No. [10], on July 15, 2021.

Accordingly, it is **ORDERED AND ADJUDGED** that a **Motion Hearing** on **ECF Nos. [9] & [10]** shall be conducted on **September 9, 2021 at 10:00 a.m.** via Zoom video conference. The Meeting ID for this hearing is: 160 109 6982, and the Passcode is: 504883. Alternatively, the link to this proceeding is: https://www.zoomgov.com/j/1601096982?pwd=UFVpT2E2cUFrOWlyQ3ZrTjJUM0ZyZz09.

---

[1] This Order amends the Courts previous Order Setting Motion Hearing, ECF No. [19], to reflect that the hearing shall be conducted remotely.

Case No. 21-cv-61366-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 9, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record